NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT N. CADRECHA AND CYNTHIA CADRECHA,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5089

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-152, Judge George. W. Miller.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the United States' unopposed motion to stay proceedings in the appeal pending settlement,

ROBERT CADRECHA v. US                                                                2

IT IS ORDERED THAT:

(1)  The motion is granted.  All proceedings in this appeal are stayed pending settlement.

(2)  The parties are directed to file a status report within 30 days of the filing date of this order and every 30 days thereafter, or if settlement is completed, within 14 days of the date the settlement becomes final.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s25